**DISMISS and Opinion Filed February 3, 2023**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00620-CV

## IN THE INTEREST OF L.A.C., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-18505**

## MEMORANDUM OPINION

Before Justices Partida-Kipness, Smith, and Breedlove
Opinion by Justice Smith

Appellant's brief in this case is overdue. After appellant failed to timely file her brief, we directed appellant by postcard dated January 3, 2023 to file her brief within ten days and cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice. *See* TEX. R. APP. P. 38.8(a)(1). To date, appellant has not filed her brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


        /Craig Smith/
        CRAIG SMITH
        JUSTICE


220620F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF L.A.C., A
CHILD

No. 05-22-00620-CV

On Appeal from the 302nd Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DF-20-18505.
Opinion delivered by Justice Smith.
Justices Partida-Kipness and
Breedlove participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 3, 2023